No. 73–5864. SIERRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5871. POMEROY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–5892. HAVERTY *v.* BURDMAN, ACTING SECRETARY, DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Sup. Ct. Wash. Certiorari denied.

No. 73–5897. SUAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5901. PAULDINO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–5902. JOHNSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–5912. BONAPARTE *v.* CALDWELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–5919. BRYANT *v.* CALDWELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–5926. SAGER, AKA McCLINTOCK *v.* ULIBARRI. C. A. 7th Cir. Certiorari denied.

No. 73–5928. DAVIS *v.* UNITED STATES; and
No. 73–5959. FLETCHER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–5947. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.